USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Randel Smickle,

                                Petitioner,

-against-

Superintendent, Shawangunk Correctional Facility,

                                Respondent.

23-CV-01634 (JHR) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge**:

    Respondent's letter updating the Court as to the status of Petitioner's CPL § 440.10 motion is past due. (*See* 7/14/23 Order, ECF No. 20.) No later than Wednesday, January 10, 2024, Respondent shall file such letter.

**SO ORDERED.**

Dated:    New York, New York
             January 3, 2024

                                                             */s/ Stewart D. Aaron*
                                                             STEWART D. AARON
                                                             United States Magistrate Judge