**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RANDEL SMICKLE,

                              Petitioner,                    23 **CIVIL** 1634 (JHR) (SDA)

                -against-                                      **JUDGMENT**

SUPERINTENDENT, SHAWANGUNK
CORRECTIONAL FACILITY,

                              Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 2, 2025, the Court adopts the Report and Recommendation in its entirety and, for the reasons set forth therein, denies the Petition for a writ of habeas corpus.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c); Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). Moreover, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that "any appeal from this Order would not be taken in good faith, and in forma pauperis status is thus denied" for the purpose of an appeal; accordingly, the petition is dismissed and the case is closed.

**DATED:**  New York, New York
            December 4, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**
                              **BY:**    _Nesam Dulal_
                                        _____
                                             **Deputy Clerk**